# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FAIRWAY CONSUMER DISCOUNT COMPANY, | : | No. 530 MAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| CHARLES LASKOWSKI A/K/A CHARLES A. LASKOWSKI AND KAREN LASKOWSKI A/K/A KAREN L. LASKOWSKI, HUSBAND AND WIFE, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.